UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE ANTONIO NAVA,

                Plaintiff,

v.

SERGEANT SWEENEY, *et al.*,

                Defendants.

Case No. C18-1734-RAJ

ORDER DISMISSING CIVIL RIGHTS ACTION

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to adequately state a claim for relief in this civil rights action; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

    DATED this 11th day of March, 2019.

                                                    The Honorable Richard A. Jones
                                                    United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1